UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVEN NEI,<br><br>                   Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>                   Defendant. | CV-24-103-M-DLC<br><br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been met with objection,

IT IS ORDERED:

1.  This case is reassigned to the Honorable Dana L. Christensen, United States District Judge, for all further proceedings and entry of judgment.

2.  The Clerk of Court is directed to forthwith notify the parties of the making of this order.

DATED this 19th day of August, 2024.

Dana L. Christensen, District Judge
United States District Court