IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVEN NEI, | CV 24–103–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Before the Court is Defendant's motions for the admission of attorneys Shelley R. Herbert and Samuel Schwartz-Fenwick of Seyfarth Shaw LLP, *pro hac vice*, in the above-captioned matter. (Docs. 12, 13.) Nicholas J. Pagnotta of Williams Law Firm, PC will serve as local counsel in this matter. (Docs. 12-1 at 4, 13-1 at 4.) The applications (Docs. 12-1 and 13-1) comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motions (Docs. 12, 13) are GRANTED on the condition that Ms. Herbert and Mr. Schwartz-Fenwick do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Herbert and Mr. Schwartz-Fenwick shall take steps to register in the Court's

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Herbert and Mr. Schwartz-Fenwick file separate pleadings acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

    DATED this 12th day of September, 2024.

_____
Dana L. Christensen, District Judge
United States District Court