IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVEN NEI,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CV 24–103–M–DLC<br><br><br>ORDER |

Before the Court is Defendant's unopposed motion for counsel to appear telephonically at preliminary pretrial conference. (Doc. 19.) Through the motion, Defendant requests permission for *pro hac vice* counsel Samuel M. Schwartz-Fenwick to appear remotely at the preliminary pretrial conference set for November 7, 2024. (Doc. 19 at 2.) Mr. Schwartz-Fenwick lives in Chicago, Illinois. (*Id.*) Defendant's local counsel, Nicholas Pagnotta, will attend the preliminary pretrial conference in person. (*Id.*) Plaintiff does not object. (*Id.* at 3.)

Accordingly, IT IS ORDERED that the motion (Doc. 19) is GRANTED. Mr. Schwartz-Fenwick may appear remotely at the preliminary pretrial conference in the above-captioned matter. Mr. Schwartz-Fenwick may access the Court's conference line by calling 1-669-254-5252 and entering meeting ID 160-1303-0341.

DATED this 22nd day of October, 2024.

Dana L. Christensen, District Judge
United States District Court